UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:  
Estrella Sobero

PROCEEDING UNDER CHAPTER 13  
CASE NO.: 19-17681-LMI

_____ Debtor. __/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**  
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 9-1 | TLOA of Florida, LLC | $2,712.55 | Proof of Claim # 9-1 filed by TLOA of Florida, LLC, is a duplicate claim of Proof of Claim # 8-1; Therefore, it should be **STRICKEN** from the Claims Registry and **DISALLOWED** from receiving distribution from the Chapter 13 Trustee. |

**The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.**

DATED: 3/9/2020

Respectfully Submitted,

**The Law Offices of Patrick L Cordero, P.A.**  
Attorney for Debtor(s).  
7333 Coral Way  
Miami, Florida 33155  
Tel: (305) 445-4855

By: __/s/ (FILED ECF)__  
Patrick L. Cordero, Esq., FBN 801992